```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 36840
   VERA ANN GARDNER
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-9342


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/12/05 and confirmed on 11/04/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  20781.74 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
CARMAX AUTO FINANCE        SECURED VEHIC      4575.00          306.44         4575.00
DUPAGE COUNTY COLLECTOR    NOTICE ONLY      NOT FILED             .00             .00
GAIL MAY                   CURRENT MORTG          .00             .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         2084.03             .00         2084.03
BANK ONE                   UNSECURED        NOT FILED             .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED         1137.84             .00         1137.84
BRADLEY GROSELAK           UNSECURED        NOT FILED             .00             .00
CHASE MANHATTAN BANK USA   UNSECURED        NOT FILED             .00             .00
CITIBANK NA                UNSECURED        NOT FILED             .00             .00
DUPAGE RADIOLOGISTS        UNSECURED        NOT FILED             .00             .00
GOOD SAMARITAN HOSPITAL    UNSECURED        NOT FILED             .00             .00
KOHLS                      UNSECURED          501.01             .00          501.01
RETAILERS NATL BANK        UNSECURED        NOT FILED             .00             .00
NICOR GAS                  UNSECURED         1461.89             .00         1461.89
ECAST SETTLEMENT CORPORA   UNSECURED         2503.90             .00         2503.90
ROUNDUP FUNDING LLC        UNSECURED          267.42             .00          267.42
RESURGENT CAPITAL SERVIC   UNSECURED          312.85             .00          312.85
CARMAX AUTO FINANCE        UNSECURED         4302.73             .00         4302.73
ECAST SETTLEMENT CORPORA   UNSECURED          215.31             .00          215.31

CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
         Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  4575.00          .00     12786.98        .00       17361.98
PRINCIPAL PAID      4575.00          .00     12786.98        .00       17361.98
INTEREST PAID        306.44          .00          .00        .00         306.44
TOTAL PAID          4881.44          .00     12786.98        .00       17668.42
```

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00 and was paid $     620.00   direct and $    2080.00   through the plan.

The Trustee received $     880.96 .

Refunds to the Debtor totaled $     152.36 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 11/12/08                        /S/
                                    GLENN STEARNS
                                  CHAPTER 13 TRUSTEE